UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                      Chapter 13

Vivian Faye Huntington                                      Case No. 15-30259 GFK

      Debtor.

ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of Falcon National Bank, for relief from the automatic stay of 11 U.S.C. § 362(a).  A hearing was set for June 9, 2015 but was not called.

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.  The Debtor withdrew her response and the matter proceeds by default.

**IT IS ORDERED**:

1.   The motion for relief from stay is granted as follows.

2.   The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable non-bankruptcy law with respect to the following property:

> Lot Nine (9), Block Two (2) of Czech Addition Plat Two, said addition being located upon government Lot Four (4) in Section Four (4), Township Thirty-six (36) North, Range Thirty-one (31) West, Fourth Principal Meridian, according to the plat and survey thereof on file and of record in the office of the County Recorder in and for said Benton County, Minnesota.

3.   Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: June 09, 2015

*/e/ Gregory F. Kishel*

Gregory F. Kishel
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/09/2015
Lori Vosejpka, Clerk, By JRB, Deputy Clerk